KLOTSKY, Respondent, v. HERTCHIKOFF. Appellant. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Jacob Klotsky against

Dora · Hertchikoff. Abraham H. Sarasohn, for appellant. Louis Levene, for respondent. No opinion. Order reversed, on argument. See 34 N. Y. Supp. 1142.